804 A.2d 1165

IN THE MATTER OF JAMES D. COFFEE,
AN ATTORNEY AT LAW.

September 6, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–360, concluding that by way of reciprocal discipline, **JAMES D. COFFEE** of **GUALALA, CALIFORNIA,** who was admitted to the bar of this State in 1965, and who has been ineligible to practice law since 1977, should be suspended from the practice of law for a period of three months on the basis of respondent's thirty-day suspension in Arizona for Conduct in violation of *RPC* 3.3 (candor toward tribunal), *RPC* 4.1 (truthfulness in statements to others), *RPC* 8.4(c) (dishonesty, fraud, deceit or misrepresentation) and *RPC* 8.4(d) (conduct prejudicial to the administration of justice);

And the Disciplinary Review Board having determined pursuant to *Rule* 1:20–14(a)(E) that substantially different discipline from that imposed in Arizona is warranted;

And good cause appearing;

It is ORDERED that **JAMES D. COFFEE** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective June 30, 2001; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.